1

2

3

4

5

6

7
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON

8
UNITED STATES OF AMERICA,            )

9                                     )
                         Plaintiff,   )      CV-03-3156-RHW
                                      )
10                                    )
           vs.                        )

11                                    )
251 ROBINSON ROAD, GRANDVIEW,         )      Decree of Forfeiture

12  WASHINGTON, TOGETHER WITH ALL     )
    APPURTENANCES, FIXTURES,          )

13  ATTACHMENTS, AND IMPROVEMENTS     )
    THERETO AND THEREUPON,            )

14                                    )
                         Defendant.   )

15                                    )

16        Plaintiff, United States of America, filed a Verified

17  Complaint for Forfeiture In Rem on November 4, 2003, alleging

18  that the defendant property was subject to forfeiture to the

19  United States pursuant to 21 U.S.C. § 881(a)(7).

20        The above court has jurisdiction over this matter by virtue

21  of 28 U.S.C. §§ 1345 and 1355.  Venue is proper pursuant to 28

22  U.S.C. § 1395.

23        The defendant real property is located at 251 Robinson Road,

24  Grandview, Washington, together with all appurtenances and

25  improvements thereto or thereupon, and is legally described in

26  the government's Verified Complaint for Forfeiture In Rem, filed

27  herein.

28

1   Real property records show that the record owners of the

2   defendant property are Anselmo Gonzalez and Ofelia Gonzalez,

3   husband and wife.

4   On November 23, 2004, in a Plea Agreement filed in criminal

5   matter CR-03-2178-FVS, Anselmo Gonzalez agreed to the forfeiture

6   of his interest in the property.

7   In a Stipulation for Decree of Forfeiture between the United

8   States and Ofelia Gonzalez, filed January 26, 2005, Ofelia

9   Gonzalez agreed to provide to the United States $80,000.00

10  substitute <u>res</u> in lieu of forfeiture of the defendant property.

11  Ofelia Gonzalez agreed in said Stipulation for Decree of

12  Forfeiture to the entry of a decree of forfeiture forfeiting the

13  substitute <u>res</u> in the amount of $80,000.00 to the United States

14  of America, without notice or hearing.

15  On April 7, 2005, a Notice of Compliance was filed, which

16  indicates that on April 7, 2005, Ofelia Gonzalez provided

17  cashier's checks totaling $80,000.00 to the U.S. Marshal's

18  Service.

19  It appearing to the Court that Claimant Anselmo Gonzalez's

20  interest in the defendant property was forfeited pursuant to a

21  Plea Agreement;

22  It appearing to the Court that Ofelia Gonzalez has provided

23  the $80,000.00 substitute <u>res</u> in accordance with the Stipulation

24  for Decree of Forfeiture of Substitute <u>Res</u>;

25  IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, that

26  pursuant to the Plea Agreement filed in criminal matter CR-03-

27  2178-FVS, Anselmo Gonzalez's interest in the defendant property

28  is hereby forfeited;

1   IT IS FURTHER ORDERED that the $80,000.00 substitute <u>res</u> is

2   hereby forfeited to the United States;

3   IT IS FURTHER ORDERED that the United States Marshals

4   Service shall dispose of the $80,000.00 substitute <u>res</u> in

5   accordance with law.

6   DATED this 22nd day of April, 2005.

7

8

9                                    s/Robert H. Whaley
                             United States District Judge

10  Presented by:

11  James A. McDevitt
    United States Attorney

12  s/Jane Kirk

13

14  Jane Kirk
    Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Decree of Forfeiture - 3
251 Robinson Road.decree of forfeiture.wpd